UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Daniel Ayer

    v.                                            Case No. 14-cv-261-JL

Heath et al

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 28, 2014.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: August 18, 2014

cc:  Daniel Ayer, Pro se
     Megan A. Yaple, Esq.