UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Daniel Ayer</u>

    v.                                    Civil No. 14-cv-261-JL

<u>Heath et al</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 2, 2014.

SO ORDERED.

                                                        _____
                                                        Joseph N. Laplante
                                                       Chief Judge

Date: December 30, 2014

 cc:  Daniel Ayer, Pro se
      Megan A. Yaple, Esq.
      Nancy J. Smith, Esq.