UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Daniel Ayer

    v.                                  Case No. 14cv261-JL

Robert Heath et al

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 19, 2015.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: October 30, 2015

cc:   Daniel Ayer, pro se
       Megan A. Yaple, Esq.
       Laura E. B. Lombardi, Esq.