UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Daniel Ayer</u>

   v.            Case No. 14-cv-00261-JL

<u>Robert Heath, et al.</u>

<u>O R D E R</u>

After due consideration of the objection & reply filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 28, 2016.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: August 23, 2016

cc: Daniel Ayer, pro se
   Megan A. Yaple, Esq.
   Laura E. B. Lombardi, Esq.